IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURA G. KAPPAUF | : | CIVIL ACTION |
| V. | : | NO. 02-3546 |
| GOLDEN TECHNOLOGIES, INC., HARTZELS PHARMACY and HUBBELL SPECIAL PRODUCTS, INC. AND DOES I-X, inclusive | : : | |

<u>ENTRY OF APPEARANCE</u>

TO THE CLERK OF COURT:

    Please enter my appearance on behalf of defendant, Hartzels Pharmacy, in connection with the above-captioned matter.

                              GOLD, BUTKOVITZ & ROBINS, P.C.

                        BY: _____

                              ALAN S. GOLD
                              Attorney for Defendant,
                              Hartzels Pharmacy

                              7837 Old York Road
                              Elkins Park, PA 19027
                              (215) 635-2000