UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Laura G. Kappauf                    :
                                    :
              vs.                   :   Civil Action
                                    :
Golden Technologies, Inc.,          :   No: 02-3546
Hubbell Special Products, Inc.
Hartzel's Pharmacy, and Does I-X    :

**REPLY OF DEFENDANT GOLDEN TECHNOLOGIES, INC.
TO CROSSCLAIM OF HUBBELL SPECIAL PRODUCTS, INC.**

Defendant, Golden Technologies, Inc., by and through its attorneys, Murphy & O'Connor, responds in opposition to the Crossclaim of defendant Hubbell Special Products, Inc. and avers in support thereof as follows:

40. This paragraphs requires no response.

41. Answering defendant incorporates by reference its Answer to plaintiff's Complaint with Affirmative Defenses and Crossclaims as fully as though same were set forth at length herein.

42. Denied. The allegations set forth in paragraph 42 of defendant's Answer with Affirmative Defenses and Crossclaims are denied as a conclusion of law.

WHEREFORE, answering defendant, Golden Technologies, Inc., demands that any crossclaims asserted against it in this matter

be denied and judgment entered in its favor on all causes of action asserted.

                MURPHY & O'CONNOR, LLP


By: _____
     Michael J. Dunn, Esquire, #44893
     Attorney for Defendant,
     Golden Technologies, Inc.

     MURPHY & O'CONNOR, LLP
     Two Penn Center Plaza
     15th & JFK Blvd.
     Suite 1100
     Philadelphia, PA 19102
     215.564.0400

DATED:_____